# Court of Appeals
# of the State of Georgia

ATLANTA,  January 03, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0170. ROBERT THRASHER v. THE STATE.**

Robert Thrasher has filed an application for discretionary appeal, seeking review of a trial court order that dismissed his petition for a writ of mandamus and his motion for summary judgment.[1] The trial court entered its order on August 23, 2022. Thrasher filed an application for discretionary review on October 18, 2022, which we dismissed on November 8, 2022.[2] Thrasher then filed this application on December 5, 2022. We lack jurisdiction.

First, an application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). Compliance with the time requirements of OCGA § 5-6-35 is jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Gable v. State*, 290 Ga. 81, 82 (2) (a) (720 SE2d 170) (2011); *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Thrasher's application, filed 104 days after entry of the order he seeks to appeal, is untimely.

Second, because we dismissed Thrasher's prior discretionary application seeking review of the same order, the doctrine of res judicata bars him from seeking further appellate review of the trial court's order. See *Norris v. Norris*, 281 Ga. 566, 567-568 (2) (642 SE2d 34) (2007); see also *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000) ("It is axiomatic that the same issue cannot be relitigated ad

---

[1] In a prior direct appeal, this Court affirmed Thrasher's convictions. *Thrasher v. State*, 261 Ga. App. 650 (583 SE2d 504) (2003).

[2] See Case No. A23D0100 (Nov. 8, 2022).

infinitum.") (punctuation omitted).

      Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*   01/03/2023

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*